UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIP S. AURECCHIONE,<br><br>                                Petitioner,<br><br>          -v-<br><br>LETITIA JAMES et al.,<br><br>                                Respondents. | CIVIL ACTION NO. 22 Civ. 3323 (JPC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On April 23, 2022, Petitioner Philip S. Aurecchione ("Petitioner"), while in the custody of New York State Department of Corrections and Community Supervision, filed a petition for a writ of habeas corpus under 28 U.S.C. §§ 2241(a) and 2252(a) et. seq. (ECF No. 1 (the "Petition")). On June 29, 2022, Respondents filed a motion to dismiss the Petition pursuant to Federal Rule of Civil Procedure 12(b)(1). (ECF Nos. 13–14). On August 1, 2022, Petitioner filed a cross-motion for attorneys' fees. (ECF Nos. 15–16 (the "Cross-Motion")). To date, Respondents have not filed a response to the Cross-Motion.

Accordingly, by **Monday, December 12, 2022**, Respondents shall file a letter advising the Court whether they oppose the Cross-Motion, in which case, the Court shall set deadlines for Respondents to file their opposition, and for Petitioner to file a reply.

Dated:    New York, New York           SO ORDERED.
              December 7, 2022

                                                                     _____
                                                                       **SARAH L. CAVE**
                                                                       **United States Magistrate Judge**