**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

PHILIP S. AURECCHIONE,

                   Plaintiff,                                 22 **CIVIL** 3323 (JPC)(SLC)

        -against-                                      **JUDGMENT**

NEW YORK ATTORNEY GENERAL
LETITIA JAMES (OFFICIAL CAPACITY), et al.,
                   Defendants.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 2, 2023, the Court has adopted the Report and Recommendation in its entirety. Respondents' motion to dismiss is therefore granted, Aurecchione's petition for a writ of habeas corpus is dismissed as moot, and Aurecchione's cross-motion for attorneys' fees is denied; accordingly, the case is closed.

**Dated:**  New York, New York
           February 2, 2023

                                                        **RUBY J. KRAJICK**

                                                          Clerk of Court

                              **BY:**   *K. Mango*

                                                           **Deputy Clerk**